UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kristin Barrett v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10739-DRH |
| *Tara Collins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10556-DRH |
| *Ruth Cox v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11594-DRH |
| *Carrie Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11192-DRH |
| *Danielle Dugray v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13565-DRH |
| *Kendra May v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10278-DRH |
| *Karen Newman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10120-DRH |
| *Anike Orimogunje v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10292-DRH |
| *Michelle Smith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11491-DRH |
| *Rita Streifel v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13023-DRH |
| *Rebecca Thacker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10180-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 12, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY: /s/*Caitlin Fischer*
**Deputy Clerk**

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.06.15 11:30:48 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT